IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-01679-RPM

DONALD PATTERSON,

         Plaintiff,

v.

MERCK & CO., INC.,

         Defendant.

_____

ORDER OF RECUSAL
_____

     Because my wife is a stockholder of defendant Merck & Co., Inc., I must recuse myself from handling this case. It is therefore

     ORDERED that the Clerk shall reassign this case to another judge.

     DATED: August 24, 2006.

                                               BY THE COURT:

                                               s/Richard P. Matsch
                                               _____
                                               Richard P. Matsch, Senior District Judge