IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01679-PSF-MJW

DONALD PATTERSON,

    Plaintiff,

v.

MERCK & CO., INC.

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE jUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

This matter is before the Court on the parties' Joint Motion To Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Dkt. # 10).  Upon consideration of the motion, the Court finds that it should be GRANTED.  The Court hereby stays all pretrial proceedings, including all deadlines, pursuant to the Federal Rules of Civil Procedure and Colo. Stat. Ann. 13-21-111.5 in this action, pending transfer to and pretrial proceedings in MDL No. 1657.

    DATED:  September 15, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge